Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

DANAE KELLEY; ADRIAN CASTILLO; CHRISTOPHER CLEMENTS; SARAH CLEMENTS, by and through her guardian ad litem, JEFF CANE; TAYLOR CLEMENTS, by and through his guardian ad litem, JEFF CANE; SCOTT EVERETT; NICOLETTE KARLEEN; ANGEL MARTINEZ; ANDY WIRTH; JEFFREY WIRTH and DEVON,

Plaintiffs,

v.

CITY OF SAN DIEGO; OFFICER HUDGENS; OFFICER DAVID J. MCANNALLY; OFFICER ALEJANDRINO C. SANTOS; OFFICER JANINE A. VAN ANTWERP; OFFICER RONALD BROUSSARD; OFFICER ROBERT E. SIMPSON; OFFICER WILLIAM D. NULTON; OFFICER PATRICK R. DERNING; OFFICER LLOYD E. COOK; OFFICER THOMAS A. RIZZO; OFFICER MARK D. HANTEN; OFFICER GREGG HUMPHREY; OFFICER MARK J. BUA; and DOES 1-100, inclusive,

Defendants.

FILED
2008 JUN -9 PM 1:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0900 L WMC

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gerald Singleton, Esq., State Bar No. 208783, Law Offices of GERALD SINGLETON, APC, 1950 Fifth Avenue, Suite 200; San Diego, CA 92101; and Alexis Bastedo, Esq., State Bar No. 249183, Law Offices of ALEXIS BASTEDO, P. O. Box 33013, San Diego, CA 92163

   An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMMERLY

By _____, Deputy Clerk

JUN - 9 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)