1  MICHAEL J. AGUIRRE, City Attorney
   JANE M. BOARDMAN, Deputy City Attorney
2  California State Bar No. 241799
          Office of the City Attorney
3          1200 Third Avenue, Suite 1100
           San Diego, California 92101-4100
4          Telephone: (619) 533-5800
           Facsimile: (619) 533-5856
5          Email: jboardman@sandiego.gov

6  Attorneys for Defendants
   CITY OF SAN DIEGO; DET. HUDGENS;
7  OFFICER DAVID J. MCANNALLY;
   OFFICER ALEJANDRINO C. SANTOS, III.;
8  OFFICER JANINE A. VAN ANTWERP;
   OFFICER RONALD BROUSSARD; OFFICER ROBERT E. SIMPSON;
9  SGT. WILLIAM D. NULTON; SGT. PATRICK R. DERNING;
   OFFICER LLOYD E. COOK; SGT. THOMAS A. RIZZO;
10 LT. MARK D. HANTEN; OFFICER GREGG HUMPHREY;
   OFFICER MARK J. BUA

11                    UNITED STATES DISTRICT COURT
12                 SOUTHERN DISTRICT OF CALIFORNIA

13 DANAE KELLEY; ADRIAN CASTILLO;        )  Case No.  08 CV 0900 L WMC
   CHRISTOPHER CLEMENTS; SARAH           )
14 CLEMENTS; by and through her guardian ad )
   litem, JEFF CANE; TAYLOR CLEMENTS, by )
15 and through his guardian ad litem, JEFF CANE; )  NOTICE OF HEARING RE: MOTION TO
   SCOTT EVERETT; NICOLETTE KARLEEN;     )  DISMISS
16 ANGEL MARTINEZ; ANDY WIRTH;          )
   JEFFREY WIRTH and DEVON,              )  Date: September 2, 2008
17                                       )  Time: 10:30 a.m.
              Plaintiffs                 )  Court: 14
18                                       )
                                         )
19        v.                             )
                                         )
20 CITY OF SAN DIEGO;                    )
   OFFICER HUDGENS; OFFICER DAVID J.     )
21 MCANNALLY; OFFICER ALEJANDRINO C.     )
   SANTOS; OFFICER JANINE A. VAN         )
22 ANTWERP; OFFICER RONALD               )
   BROUSSARD; OFFICER ROBERT E.          )
23 SIMPSON; OFFICER WILLIAM D. NULTON;   )
   OFFICER PATRICK R. DERNING; OFFICER   )
24 LLOYD E. COOK; OFFICER THOMAS A.      )
   RIZZO; OFFICER MARK D. HANTEN;        )
25 OFFICER GREGG HUMPHREY; OFFICER       )
   MARK J. BUA; and DOES 1-100, inclusive, )
26                                       )
              Defendants.                )
27 _____ )

28
                             1

1    **TO: PLAINTIFFS, DANAE KELLEY; ADRIAN CASTILLO; CHRISTOPHER**

2    **CLEMENTS; SARAH CLEMENTS; by and through her guardian ad litem, JEFF CANE;**

3    **TAYLOR CLEMENTS, by and through his guardian ad litem, JEFF CANE; SCOTT**

4    **EVERETT; NICOLETTE KARLEEN; ANGEL MARTINEZ; ANDY WIRTH; JEFFREY**

5    **WIRTH and DEVON, AND TO THEIR ATTORNEYS OF RECORD:**

6    PLEASE TAKE NOTICE that on September 2, 2008, at 10:30 a.m., or as soon thereafter

7    as the matter may be heard in Courtroom 14 of the United States District Court, the Honorable

8    James M. Lorenz, in the above-entitled court, located at 940 Front Street, San Diego, California,

9    Defendants, CITY OF SAN DIEGO; DET. HUDGENS; OFFICER DAVID J. MCANNALLY;

10    OFFICER ALEJANDRINO C. SANTOS, III.; OFFICER JANINE A. VAN ANTWERP;

11    OFFICER RONALD BROUSSARD; OFFICER ROBERT E. SIMPSON; SGT. WILLIAM D.

12    NULTON; SGT. PATRICK R. DERNING; OFFICER LLOYD E. COOK; SGT. THOMAS A.

13    RIZZO; LT. MARK D. HANTEN; OFFICER GREGG HUMPHREY; OFFICER MARK J.

14    BUA, by and through their attorney of record, Jane M. Boardman, will move the Court to dismiss

15    this action pursuant to the Federal Rules of Civil Procedure, Rules 8. 12 (b)(5) and 12(b)(6).

16    This motion is based on this notice, the files and records in this case, and the

17    accompanying Memorandum of Points and Authorities in support of this motion to dismiss.

18    Dated: June 30, 2008                          MICHAEL J. AGUIRRE, City Attorney

19

20                                                By    _/s/Jane M. Boardman_____

21                                                      JANE M. BOARDMAN
                                                      Deputy City Attorney

22                                                Attorneys for Defendants

23                                                CITY OF SAN DIEGO, et al.

24

25

26

27

28

1  MICHAEL J. AGUIRRE, City Attorney
   JANE M. BOARDMAN, Deputy City Attorney
2  California State Bar No. 241799
          Office of the City Attorney
3          1200 Third Avenue, Suite 1100
           San Diego, California 92101-4100
4          Telephone: (619) 533-5800
           Facsimile: (619) 533-5856
5          Email: jboardman@sandiego.gov

6  Attorneys for Defendants
   CITY OF SAN DIEGO; DET. HUDGENS;
7  OFFICER DAVID J. MCANNALLY;
   OFFICER ALEJANDRINO C. SANTOS, III.;
8  OFFICER JANINE A. VAN ANTWERP;
   OFFICER RONALD BROUSSARD; OFFICER ROBERT E. SIMPSON;
9  SGT. WILLIAM D. NULTON; SGT. PATRICK R. DERNING;
   OFFICER LLOYD E. COOK; SGT. THOMAS A. RIZZO;
10 LT. MARK D. HANTEN; OFFICER GREGG HUMPHREY;
   OFFICER MARK J. BUA

11
                    UNITED STATES DISTRICT COURT
12                 SOUTHERN DISTRICT OF CALIFORNIA

13 DANAE KELLEY; ADRIAN CASTILLO;        )  Case No.  08 CV 0900 L WMC
   CHRISTOPHER CLEMENTS; SARAH           )
14 CLEMENTS; by and through her guardian ad )
   litem, JEFF CANE; TAYLOR CLEMENTS, by )
15 and through his guardian ad litem, JEFF CANE; )  MEMORANDUM OF POINTS AND
   SCOTT EVERETT; NICOLETTE KARLEEN;    )  AUTHORITIES IN SUPPORT OF
16 ANGEL MARTINEZ; ANDY WIRTH;          )  DEFENDANTS' MOTION TO DISMISS
   JEFFREY WIRTH and DEVON,              )
17                                        )  Date: September 2, 2008
                 Plaintiffs              )  Time: 10:30 a.m.
18                                        )  Court: 14
                                         )
19         v.                            )
                                         )
20 CITY OF SAN DIEGO;                    )
   OFFICER HUDGENS; OFFICER DAVID J.     )
21 MCANNALLY; OFFICER ALEJANDRINO C.     )
   SANTOS; OFFICER JANINE A. VAN         )
22 ANTWERP; OFFICER RONALD              )
   BROUSSARD; OFFICER ROBERT E.          )
23 SIMPSON; OFFICER WILLIAM D. NULTON;  )
   OFFICER PATRICK R. DERNING; OFFICER  )
24 LLOYD E. COOK; OFFICER THOMAS A.      )
   RIZZO; OFFICER MARK D. HANTEN;        )
25 OFFICER GREGG HUMPHREY; OFFICER      )
   MARK J. BUA; and DOES 1-100, inclusive, )
26                                        )
                 Defendants.             )
27 _____ )

28
                                1

# I

## INTRODUCTION AND FACTUAL BACKGROUND

Plaintiffs have brought their action pursuant to 42 U.S.C. §1983 for violation of their civil rights, as well as California Civil Codes §§1714 and 52.1 and the California Government Tort Claims Act. Plaintiffs allege in their Complaint that the City of San Diego and various police officers violated their 4th and 14th Amendment rights, as well as various California Civil, Penal and Government Codes. This action arises out of an incident that occurred on August 18, 2007. Defendants City of San Diego, Det. Jethro Hudgens, Police Officer David J. Mcannally, Police Officer Alejandrino C. Santos, III, Police Officer Janine Van Antwerp, Police Officer Ronald Broussard, Police Officer Robert E. Simpson, Sgt. William D. Nulton, Sgt. Patrick R. Derning, Police Officer Lloyd Cook, Sgt. Thomas A. Rizzo, Lt. Mark D. Hanten, Police Officer Gregg Humphrey and Police Officer Mark J. Bua (hereinafter "Defendants") now move to dismiss Plaintiffs Danae Kelley, Scott Everett, Adrian Castillo, Jeffrey Wirth, Sarah Clements, Taylor Clements, Angel Martinez, Andy Wirth, Nicolette Karleen, and Christopher Clements (hereinafter "Plaintiffs") Seventh, Eighth, Ninth, Tenth, Eleventh and Thirteenth Causes of Action pursuant to Rule 12(b)(6) for failure to state a claim for relief against Defendants.

Defendants further move to dismiss Plaintiff Devon's (no last name provided) Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth and Thirteenth Cause of Action pursuant to Rule 12(b)(6) for failure to state a claim for relief against Defendants.

# II

## ARGUMENT

### A. PLAINTIFFS HAVE FAILED TO STATE A CLAIM AGAINST THE CITY OF SAN DIEGO IN THEIR SEVENTH, EIGHTH, NINTH, TENTH, ELEVENTH AND THIRTEENTH CAUSES OF ACTION

Plaintiffs bring their action pursuant to 42 U.S.C. §1983 for violation of their civil rights, as well as California Civil Codes §§1714 and 52.1 and the California Government Tort Claims Act. In paragraph 19 of their complaint, Plaintiffs allege that they filed claims with the City of San Diego pursuant to California Government Code §§905 *et seq* on September 27, 2007

1  and said claims were denied by the City of San Diego on November 21, 2007. *See* Complaint.

2        California Government Code §945.4 requires a plaintiff to present a claim to a public

3  entity prior to bringing a tort action against it. The purpose of the claim statute is not to put the

4  public entity on notice. Rather, the purpose of the claim statute is to give the public entity the

5  opportunity to investigate and negotiate settlement of claims. *See Bozaich v. State of California*,

6  32 Cal.App.3d 688. "The filing of a claim is not simply an exercise in paper work or a

7  perfunctory condition precedent to instituting litigation. There must be compliance with the

8  requirements of the statute which will permit the government to make a meaningful decision in

9  allowing or disallowing the claim." *See Eaton v. Ventura Port District*, 45 Cal.App.3d 862, 867.

10  A plaintiff may not bring a tort action against a public entity until the claim has been rejected. *See*

11  California Government Code §945.4

12        California Government Code §910 requires that the claim describe the circumstances of

13  the occurrence or transaction which gave rise to the claim asserted and provide a  general

14  description of the injuries and the names of the public employees who caused them. "If a plaintiff

15  relies on more than one theory of recovery against the [governmental agency], each cause of

16  action must have been reflected in a timely claim." *Nelson v. State of California* (1982) 139

17  Cal.App.3d 72,79. It is well settled that " the factual circumstances set forth in the written claim

18  must correspond with the facts alleged in the complaint; even if the claim were timely, the

19  complaint is vulnerable to a demurrer if it alleges a factual basis for recovery which is not fairly

20  reflected in the written claim." *Id.* See also *Fall River Joint Unified School District v. Superior*

21  *Court* (1988) 206 Cal.App.3d 431, 434-435; *Stockett v. Ass'n of Cal. Water Agencies Joint*

22  *Powers Ins. Auth.* (Cal. 2004) 99 P.3d 500, 503; *Lopez v. Southern Cal. Permanente Medical*

23  *Group* (1981) 115 Cal.App.3d 673, 676-677; *Shelton v. Superior Court* (1976) 56 Cal.App.3d 66,

24  82-83; *Connelly v. State of California* (1970) 2 Cal.App.3d 744, 752-753.

25        In this matter, Plaintiffs allege in their complaint that they have complied with the

26  Government Tort Claims Act, and are therefore allowed to include the state claims reflected in

27  their Seventh, Eighth, Ninth, Tenth, Eleventh and Thirteenth Causes of Action. The factual

28

3

1  circumstances set forth if these causes of action, however, are not fairly reflected in the written

2  claims submitted by Plaintiffs, and should therefore be dismissed.

3      The Seventh Cause of Action, brought by all Plaintiffs against all Defendants, is for

4  Assault and Battery. The Eighth Cause of Action, brought by all Plaintiffs against all Defendants,

5  is for Negligence Per Se. The Ninth Cause of Action, brought by all Plaintiffs against all

6  Defendants, is for Negligence. The Tenth Cause of Action, brought by all Plaintiffs against all

7  Defendants, is for Negligent Infliction of Emotional Distress. The Eleventh Cause of Action,

8  brought by all Plaintiffs against all Defendants, is for Intentional Infliction of Emotional Distress.

9  The Thirteenth Cause of Action, brought by all Plaintiffs against all Defendants, is for Violation

10 of Plaintiffs' Rights Under California Civil Code §52.1. The factual circumstances set forth in the

11 foregoing causes of action were never fairly reflected in the circumstances set forth in the written

12 claims presented to the City of San Diego.

13     The Government Claim form that each Plaintiff must submit contains a section devoted to

14 the occurrence or event from which the claim arises. Section 3(d) of the form states "d. [S]pecify

15 the circumstances of the occurrence, event, act or omission which you claim caused the injury,

16 damage or loss. (use additional paper if necessary)." Section 3(e) of the form states: "e. [S]tate

17 how or in what manner the City of San Diego or its employees were at fault." Section 4 of the

18 form states: "Give a description of the injury, property damage or loss incurred so far as is known

19 at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a

20 vehicle, include license, year, make and model.)"

21     With respect to the claim submitted by Plaintiff Danae Kelley on September 20, 2007,

22 Section 3(d) states "I was wrongfully and unlawfully arrested by San Diego police officers, and

23 taken to the Las Colinas detention facility, and later to San Diego County Central Jail. I was held

24 at these facilities for several days." *See* Danae Kelley's Claim Against the City of San Diego

25 attached hereto as Exhibit A. Section 3(e) states "Officers of the San Diego Police Department

26 were the ones responsible for arresting me." *See* Exhibit A. Section 4 states, "I was wrongfully

27 and unlawfully arrested and held in jail for several days. Additionally, police officers took

28 numerous items from my car, including posters, fliers and a bullhorn." *See* Exhibit A.

4

1    With respect to the claim submitted by Plaintiff Scott Everett on September 27, 2007,

2    Section 3(d) states "I was wrongfully and unlawfully arrested by San Diego police officers and

3    held against my will for over two hours." *See* Scott Everett's Claim Against the City of San

4    Diego attached hereto as Exhibit B. Section 3(e) states "Officers of the San Diego Police

5    Department were the ones responsible for arresting me." *See* Exhibit B. Section 4 states, "I was

6    wrongfully arrested by San Diego police officers." *See* Exhibit B.

7    With respect to the claims submitted by Plaintiffs Adrian Castillo and Jeffrey Wirth on

8    September 27, 2007, Section 3(d) states "I was wrongfully and unlawfully detained by officers of

9    the San Diego Police Department and held against my will for over two hours. The same officers

10   searched my vehicle was unlawfully searched without my consent." *See* Adrian Castillo and

11   Jeffrey Wirth's Claims Against the City of San Diego attached hereto as Exhibits C and D,

12   respectively. Section 3(e) states "SDPD officers were the ones that wrongfully arrested me and

13   wrongfully searched my car." *See* Exhibits C and D. Section 4 states, "I was wrongfully arrested

14   by SDPD officers, who also searched my car." *See* Exhibits C and D.

15   With respect to the claims submitted by Plaintiffs Sarah Clements, Taylor Clements,

16   Angel Martinez, Andy Wirth, Nicolette Karleen, and Christopher Clements on September 27,

17   2007, Section 3(d) states "I was wrongfully and unlawfully detained by officers of the San Diego

18   Police Department and held against my will for over two hours." *See* Sarah Clements, Taylor

19   Clements, Angel Martinez, Andy Wirth, Nicolette Karleen, and Christopher Clements Claims

20   Against the City of San Diego attached hereto as Exhibits E, F, G, H, I, and J, respectively.

21   Section 3(e) states "SDPD officers were the ones that wrongfully arrested me." *See* Exhibits E, F,

22   G, H, I, and J. Section 4 states, "I was wrongfully arrested by SDPD officers." *See* Exhibits E, F,

23   G, H, I, and J.

24   With respect to Plaintiff "Devon", said Plaintiff did not file a claim with the City of San

25   Diego regarding this incident. This issue will be discussed more fully below.

26   The foregoing recitation from the claim forms constitute the entirety of the factual

27   circumstances provided to the City of San Diego in the written claims filed by the Plaintiffs.

28   Plaintiffs only allege wrongful/unlawful arrests/detentions and unlawful searches in their claims

5

1  against the City of San Diego. The circumstances provided by Plaintiffs in their claims describe

2  specific actions taken by police officers with regard to the arrest or detention of plaintiffs and the

3  specific actions taken by police officers with regard to the search of certain Plaintiffs' vehicles,

4  and nothing more.

5      Nowhere in their claims do Plaintiffs assert factual circumstances of negligence,

6  negligence per se, assault and battery, or threats, intimidation or coercion against the City of San

7  Diego or any police officers. Further, nowhere in their claims do Plaintiffs assert factual

8  circumstances of negligent or intentional infliction of emotional distress against the City of San

9  Diego or any police officers. Even the most liberal reading of the claims submitted by the

10  Plaintiffs do not stretch to include any of the allegations in Plaintiffs Seventh, Eighth, Ninth,

11  Tenth, Eleventh and Thirteenth Causes of Action. Because the factual circumstances set forth in

12  the Plaintiffs written claims do not correspond with the factual circumstances alleged in the

13  complaint, Plaintiffs Seventh, Eighth, Ninth, Tenth, Eleventh and Thirteenth Causes of Action

14  should be dismissed.

15      **B. PLAINTIFF DEVON FAILED TO TIMELY FILE A CLAIM WITH THE CITY OF SAN DIEGO; HIS STATE CAUSES OF ACTION ARE THEREFORE**
16      **BARRED BY THE STATUTE OF LIMITATIONS**

17      To satisfy the "presentation of a claim to a public entity" requirement of the Government

18  Tort Claims Act, a person must present an administrative claim to the public entity in accordance

19  with the Government Tort Claims Act and the entity must reject it. (*See*, Cal. Govt. C. § 945.4.)

20  A personal injury claim must be filed within six months of accrual of the cause of action pursuant

21  to California Government Code, § 911.2. The date of accrual is the same date the cause of action

22  would accrue if there were no claims requirements. A claim must be filed in cases where the

23  claimant asserts the public entity is liable for money or damages. (*See*, Cal. Govt. C. § 905.)

24      In this matter, Plaintiff Devon has brought an action pursuant to 42 U.S.C. §1983 for

25  violation of his civil rights, as well as California Civil Codes §§1714 and 52.1 and the California

26  Government Tort Claims Act. Plaintiff alleges in his Complaint that the City of San Diego and

27  various police officers violated his 4th and 14th Amendment rights, as well as various California

28  Civil, Penal and Government Codes, on August 18, 2007. Plaintiff alleges in paragraph 19 of his

6

1    complaint that he complied with the Government Tort Claims Act, and is therefore allowed to

2    include the state claims reflected in his Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth and

3    Thirteenth Causes of Action in his federal suit. This assertion is false. Plaintiff Devon has never

4    filed a claim with the City of San Diego regarding the occurrence on August 18, 2007.

5         Plaintiff's claim accrued on August 18, 2007. Pursuant to California Government Code, §

6    911.2, Plaintiff had until February 18, 2008 to file a claim with the City of San Diego. Plaintiff

7    did not file a timely claim with the City of San Diego by the February 18, 2008 deadline. The

8    allegations asserted by Plaintiff Devon in his Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth

9    and Thirteenth Causes of Action are therefore barred by the Statute of Limitation and should be

10   dismissed.

11                                             **III**

12                               **CONCLUSION**

13        For the foregoing reasons, Defendants respectively submit that their Motion to Dismiss

14   should be granted.

15   Dated: June 30, 2008                    MICHAEL J. AGUIRRE, City Attorney

16

17                                    By    */s/Jane M. Boardman*_____
                                         JANE M. BOARDMAN
18                                       Deputy City Attorney

19                                       Attorneys for Defendants
                                         CITY OF SAN DIEGO, et al.
20

21

22

23

24

25

26

27

28

                                       7

# EXHIBIT "A"



**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received by ___ via

2007 SEP 20  PM 3: 42

R.M.S.D.

TIME STAMP

| | |
|---|---|
| U.S. Mail | ❑ |
| Inter-Office Mail | ❑ |
| Over the Counter | ☒ |

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1.  **NAME OF CLAIMANT:** Danae Kelley

    a. **ADDRESS OF CLAIMANT** c/o Law Offices of Gerald Singleton   1950 5th Ave  Ste 200

    San Diego                                                      CA        92101
    (CITY)                                                      (STATE)    (ZIP)

    b. **PHONE NO.** Home n/a _____ c. **DATE OF BIRTH** 02/02/84

    Business (619) 239-2196

    d. **SOCIAL SECURITY NO.** 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 _____ e. **DRIVER'S LIC. NO.** D3317415

2.  Name, telephone and post office address to which claimant desires notices to be sent if other than above:

    see above

3.  Occurrence or event from which the claim arises:

    a. DATE: 8/18/07 _____ b. TIME: 8:00 pm _____ c. PLACE (exact and specific location):

    Prestwick Drive at Inverness Drive, La Jolla, CA 92037

    d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

    I was wrongfully and unlawfully arrested by San Diego police officers, and taken to the Las Colinas detention facility, and later to San Diego Central Jail. I was held at these facilities for several days.

    e. State how or in what manner the City of San Diego or its employees were at fault: _____

    Officers of the San Diego Police Department were the ones responsible for arresting me.

RM-9 (Rev.4-00)                                    *This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully and unlawfully arrested and held in jail for several days. Additionally, police officers took numerous items from my car, including posters, fliers and a bullhorn.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

Unknown

6. Name and address of any other person injured:

7. Name and address *of* the owner of any damaged property:

8.  Damages claimed:
    a. Amount claimed as of this date:                    $ 1,000,000.00
    b. Estimated amount of any future costs:              $
    c. Total amount claimed:                              $ 1,000,000.00
    d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
    a.
    b.
    c.
    d
10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM! (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 20 day of September 2007 at San Diego, CA

**CLAIMANTS SIGNATURE**

attorney for Danae Kelley

Clear Entire Form

# EXHIBIT "B"



**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

2007 SEP 27 PM 4:15
R.M.S.D.

Received by MV via

**TIME STAMP**

U.S. Mail            ☐
Inter-Office Mail    ☐
Over the Counter     ☐

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1.  **NAME OF CLAIMANT:** SCOTT EVERETT

    a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Avenue  Suite 200

    | San Diego | CA | 92101 |
    |---|---|---|
    | (CITY) | (STATE) | (ZIP) |

    b. **PHONE NO.** Home n/a _____  c. **DATE OF BIRTH**_____

    Business (619) 239-2196

    d. **SOCIAL SECURITY NO.** _____  e. **DRIVER'S LIC. NO.**_____

2.  Name, telephone and post office address to which claimant desires notices to be sent if other than above:

    _____

3.  Occurrence or event from which the claim arises:

    a. DATE:___8/18/07_____ b. TIME: 8:15pm_____ c. PLACE (exact and specific location):

    Prestwick Drive at Inverness Drive, La Jolla, CA 92037

    d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

    I was wrongfully and unlawfully arrested by San Diego police officers and held against my will for over two hours.

    e. State how or in what manner the City of San Diego or its employees were at fault: ...................

    Officers from the San Diego Police Department were responsible for arresting me.

RM-9 (Rev.4-00)                                    *This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by San Diego police officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

Unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:          $  1,000,000.00
   b. Estimated amount of any future costs:    $ _____
   c. Total amount claimed:                    $  $1,000,000.00
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d
10. Any additional information that might be helpful in considering claim:

WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIMI (Penal Code § 72; Insurance Code § 556.1)
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this _27_ day of _Sept_____ 20_07_ at _San Diego_____

_____
CLAIMANTS SIGNATURE

Clear Entire Form

# EXHIBIT "C"



2007 SEP 27 PM 4: 15

**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

R.M.S.D.

Received by Wvia

**TIME STAMP**

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☐

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** ADRIAN CASTILLO _____

   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave   Suite 200 _____

   San Diego _____ CA _____ 92101
   (CITY)                                          (STATE)   (ZIP)

   b. **PHONE NO.** Home n/a _____ c. **DATE OF BIRTH** 6/11/88 ____

   Business (619) 239-2196 _____

   d. **SOCIAL SECURITY NO.** _____ e. **DRIVER'S LIC. NO.** D4783675 ____

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:

   see above

3. Occurrence or event from which the claim arises:

   a. **DATE:** 8/18/07 _____ b. **TIME:** 8:00 pm _____ c. **PLACE** (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.  The same officers searched my vehicle was unlawfully searched without my consent.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____
   SDPD officers were the ones that wrongfully arrested me and wrongfully searched my car.

RM-9 (Rev.4-00)                                    *This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers, who also searched my car.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:                  $  1,000,000.00
   b. Estimated amount of any future costs:            $  _____
   c. Total amount claimed:                            $  1,000,000.00
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d
10. Any additional information that might be helpful in considering claim:

WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIMI (Penal Code § 72; Insurance Code § 556.1)
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this _27_ day of _September_ 200_7_ at _San Diego_

                                              CLAIMANTS SIGNATURE

Clear Entire Form

# EXHIBIT "D"



**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received _OM_ via

2007 SEP 27 PM 4: 15

R.M.S.D.

**TIME STAMP**

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☑

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1.  **NAME OF CLAIMANT:** JEFFREY WIRTH
    a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave   Suite 200

    | San Diego | CA | 92101 |
    |---|---|---|
    | (CITY) | (STATE) | (ZIP) |

    b. **PHONE NO.** Home _n/a_____   c. **DATE OF BIRTH** 12/5/84

    Business (619) 239-2196

    d. **SOCIAL SECURITY NO.** _____   e. **DRIVER'S LIC. NO.** D2955043

2.  Name, telephone and post office address to which claimant desires notices to be sent if other than above:

    see above

3.  Occurrence or event from which the claim arises:

    a. DATE: 8/18/07_____ b. TIME: 8:00 pm_____ c. PLACE (exact and specific location):

    Prestwick Drive at Inverness Drive, La Jolla, CA 92037

    d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

    I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.  The same officers searched my vehicle was unlawfully searched without my consent.

    e. State how or in what manner the City of San Diego or its employees were at fault: _____

    SDPD officers were the ones that wrongfully arrested me and wrongfully searched my car.

RM-9 (Rev.4-00)                    *This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers, who also searched my car.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
    a. Amount claimed as of this date:           $ 1,000,000.00
    b. Estimated amount of any future costs:     $
    c. Total amount claimed:                $ 1,000,000.00
    d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
    a.
    b.
    c.
    d
10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIMl (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 27 day of Sept 20 07 at San Diego _____

**CLAIMANTS SIGNATURE**

Clear Entire Form

# EXHIBIT "E"



2007 SEP 27 PM 4: 15
R.M.S.D.

**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received by via

**TIME STAMP**

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☑

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** SARAH CLEMENTS
   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave   Suite 200

   San Diego _____ CA      92101
   (CITY)                                         (STATE)   (ZIP)
   b. **PHONE NO.** Home n/a _____ c. **DATE OF BIRTH** 2/15/91
        Business (619) 239-2196

   d. **SOCIAL SECURITY NO.**_____ e. **DRIVER'S LIC. NO.** E1118034

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:
   see above

3. Occurrence or event from which the claim arises:
   a. DATE: 8/18/07 _____ b. TIME: 8:00 pm _____ c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____
   SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)                                    *This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:          $ 1,000,000.00 _____
   b. Estimated amount of any future costs:    $ _____
   c. Total amount claimed:                    $ 1,000,000.00 _____
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d
10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIMI (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 21 day of Sept 2007 at San Diego _____

_____
**CLAIMANTS SIGNATURE**

**Clear Entire Form**

# EXHIBIT "F"



**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

2007 SEP 27 PM 4: 16

R.M.S.D.

Received by ____ via

**TIME STAMP**

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☐

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** TAYLOR CLEMENTS

   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton 1950 Fifth Ave Suite 200

   San Diego                                          CA          92101
   (CITY)                                          (STATE)      (ZIP)

   b. PHONE NO. Home n/a                          c. **DATE OF BIRTH** 7/8/93

   Business (619) 239-2196

   d. **SOCIAL SECURITY NO.** _____ e. **DRIVER'S LIC. NO.** n/a

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:

   see above

3. Occurrence or event from which the claim arises:

   a. DATE: 8/18/07          b. TIME: 8:00 pm          c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____
   SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)                          *This information is available in alternative formats upon request*

**Clear Entire Form**

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8.  Damages claimed:
     a. Amount claimed as of this date:                                    $  1,000,000.00
     b. Estimated amount of any future costs:                        $
     c. Total amount claimed:                                              $  1,000,000.00
     d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
     a.
     b.
     c.
     d
10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM! (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 27 day of Sept 2007 at Sn Diego

CLAIMANTS SIGNATURE

Clear Entire Form

# EXHIBIT "G"



**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

2007 SEP 27 PM 4: 16

R.M.S.D.

Received by _____ via

**TIME STAMP**

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☑

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** ANGEL MARTINEZ
   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave  Suite 200

   | San Diego | CA | 92101 |
   | (CITY) | (STATE) | (ZIP) |

   b. **PHONE NO.** Home _n/a_____  c. **DATE OF BIRTH** 6/18/90
        Business (619) 239-2196

   d. **SOCIAL SECURITY NO.** _____  e. **DRIVER'S LIC. NO.** n/a

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:
   see above

3. Occurrence or event from which the claim arises:

   a. DATE: 8/18/07_____  b. TIME: 8:00 pm_____  c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____
   SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)                                        *This information is available in alternative formats upon request*

**Clear Entire Form**

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:              $  1,000,000.00
   b. Estimated amount of any future costs:        $
   c. Total amount claimed:                        $  1,000,000.00
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d
10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIMI (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 21 day of Sept 20 07 at San Diego _____

_____
CLAIMANTS SIGNATURE

Clear Entire Form

# EXHIBIT "H"



**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

2007 SEP 27 PM 4:16
R.M.S.D.

Received by via

U.S. Mail              ☐
Inter-Office Mail      ☐
Over the Counter       ☑

**TIME STAMP**

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** ANDY WIRTH
   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton 1950 Fifth Ave  Suite 200

   | San Diego | CA | 92101 |
   |---|---|---|
   | (CITY) | (STATE) | (ZIP) |

   b. **PHONE NO.** Home n/a _____ c. **DATE OF BIRTH** 11/8/89

   Business (619) 239-2196 _____

   d. **SOCIAL SECURITY NO.** _____ e. **DRIVER'S LIC. NO.** n/a

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:

   see above

3. Occurrence or event from which the claim arises:

   a. DATE: 8/18/07 _____ b. TIME: 8:00 pm _____ c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____

   SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)                                        *This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:              $ 1,000,000.00
   b. Estimated amount of any future costs:        $
   c. Total amount claimed:                   $ 1,000,000.00
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d

10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM! (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 27 day of Sept 20 07 at San Diego _____

CLAIMANTS SIGNATURE

Clear Entire Form

# EXHIBIT "I"



**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

2007 SEP 27 PM 4: 17

R.M.S.D.

Received by ___ via

**TIME STAMP**

U.S. Mail            ☐
Inter-Office Mail    ☐
Over the Counter     ☑

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** NICOLETTE KARLEEN
   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave   Suite 200

   San Diego _____   CA _____ 92101
   (CITY)                                       (STATE)   (ZIP)
   b. **PHONE NO.** Home n/a _____   c. **DATE OF BIRTH** 1/14/86

   Business (619) 239-2196 _____

   d. **SOCIAL SECURITY NO.** _____   e. **DRIVER'S LIC. NO.** D5614150

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:
   see above
   _____

3. Occurrence or event from which the claim arises:

   a. DATE: 8/18/07 _____   b. TIME: 8:00 pm _____   c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037
   _____

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.


   e. State how or in what manner the City of San Diego or its employees were at fault: _____ ___ ___ ...
   SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)                                    *This information is available in alternative formats upon request*


Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:                 $ 1,000,000.00
   b. Estimated amount of any future costs:           $
   c. Total amount claimed:                           $ 1,000,000.00
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d
10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM! (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 21 day of Sept 20 01 at San Diego _____

_____
CLAIMANTS SIGNATURE

Clear Entire Form

# EXHIBIT "J"



**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

2007 SEP 27 PM 4:16

R.M.S.D.

Received by ___ via

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☐

**TIME STAMP**

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** CHRISTOPHER CLEMENTS
   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave   Suite 200

   | San Diego | CA | 92101 |
   |---|---|---|
   | (CITY) | (STATE) | (ZIP) |

   b. PHONE NO. Home n/a _____ c. DATE OF BIRTH 10/22/89

   Business (619) 239-2196

   d. **SOCIAL SECURITY NO.** _____ e. **DRIVER'S LIC. NO.** n/a

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:
   see above

3. Occurrence or event from which the claim arises:

   a. DATE: 8/18/07 _____ b. TIME: 8:00 pm _____ c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____

   SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)                                    *This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:                    $  1,000,000.00
   b. Estimated amount of any future costs:              $
   c. Total amount claimed:                              $  1,000,000.00
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d
10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIMI (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 27 day of Sept           20 07 at San Diego

_____
CLAIMANTS SIGNATURE

Clear Entire Form

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANAE KELLEY; ADRIAN CASTILLO; CHRISTOPHER CLEMENTS; SARAH CLEMENTS; by and through her guardian ad litem, JEFF CANE; TAYLOR CLEMENTS, by and through his guardian ad litem, JEFF CANE; SCOTT EVERETT; NICOLETTE KARLEEN; ANGEL MARTINEZ; ANDY WIRTH; JEFFREY WIRTH and DEVON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; OFFICER HUDGENS; OFFICER DAVID J. MCANNALLY; OFFICER ALEJANDRINO C. SANTOS; OFFICER JANINE A. VAN ANTWERP; OFFICER RONALD BROUSSARD; OFFICER ROBERT E. SIMPSON; OFFICER WILLIAM D. NULTON; OFFICER PATRICK R. DERNING; OFFICER LLOYD E. COOK; OFFICER THOMAS A. RIZZO; OFFICER MARK D. HANTEN; OFFICER GREGG HUMPHREY; OFFICER MARK J. BUA<br><br>Defendants. | Case No.:  08 CV 0900 L WMC<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, declare that I am over the age of eighteen years and not a party to this action; and that I served upon Plaintiff the following documents: MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS; NOTICE OF HEARING; EXHIBITS A THROUGH J

in the following manner:

By electronic filing, I served each of the above referenced documents by E filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California; and

By mail. I caused the above referenced documents to be mailed through the United States Postal Service to Plaintiff at the following address:

Gerald Singleton, State Bar No. 208783
Law Offices of GERALD SINGLETON, APC
1950 Fifth Street, Suite 200
San Diego, CA  92101
Tel:  (619) 239-2196
Fax:  (619) 702-5592
Geraldsingleton73@yahoo.com

1
CERTIFICATE OF SERVICE                                    08 CV 0900 L WMC

1  | Alexis Bastedo, State Bar No. 249183
   | Law Offices of ALEXIS BASTEDO
2  | P.O. Box 33013
   | San Diego, CA  92163
3  | Tel:  (619) 818-6039
   | Fax:  (619) 546-8744
4  | alexisbastedo@gmail.com
   | Attorneys for Plaintiffs
5  |
   | I declare under penalty of perjury that the foregoing is true and correct.
6  |
   | Executed: June 30, 2008, at San Diego, California.
7  |
8  |
   |                                   /s/ Jane M. Boardman
9  |                                  JANE M. BOARDMAN
   |                                  jboardman@sandiego.gov
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

CERTIFICATE OF SERVICE                          08 CV 0900 L WMC