1  GERALD SINGLETON, State Bar No. 208783
   LAW OFFICES OF GERALD SINGLETON, APC
2  1950 Fifth Street, Suite 200
   San Diego, California  92101
3  Tel:  (619) 239-2196
   Fax:  (619) 702-5592
4  Email:  geraldsingleton73@yahoo.com

5  Attorney for Plaintiffs Danae Kelly, et al.

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE M. JAMES LORENZ)**

11  DANAE KELLEY; ADRIAN CASTILLO;       )   Case No. 08cv0900-L (WMC)
    CHRISTOPHER CLEMENTS; SARAH          )
12  CLEMENTS; TAYLOR CLEMENTS;           )
    SCOTT EVERETT; NICOLETTE             )   **PLAINTIFFS' RESPONSE IN OPPOSITION**
13  KARLEEN; ANGEL MARTINEZ; and         )   **TO DEFENDANTS' MOTION TO DISMISS**
    ANDY WIRTH,                          )
14                                       )
         Plaintiffs,                     )
15                                       )   Date:     September 2, 2008
         v.                              )   Time:     10:30 a.m.
16                                       )   Court:    14
    CITY OF SAN DIEGO; POLICE OFFICER    )
17  HUDGENS; POLICE OFFICER DAVID J.     )
    MCANNALLY; POLICE OFFICER            )   Complaint filed:   May 20, 2008
18  ALEJANDRINO C. SANTOS; POLICE        )
    OFFICER JANINE A. VAN ANTWERP;       )   Discovery cut-off:   tba
19  POLICE OFFICER RONALD                )   Trial date:          tba
    BROUSSARD; POLICE OFFICER ROBERT)
20  E. SIMPSON; POLICE OFFICER WILLIAM )
    D. NULTON; POLICE OFFICER PATRICK )
21  R. DERNING; POLICE OFFICER LLOYD     )
    E. COOK; POLICE OFFICER THOMAS A.    )
22  RIZZO; POLICE OFFICER MARK D.        )
    HANTEN; POLICE OFFICER GREGG         )
23  HUMPHREY; POLICE OFFICER MARK J.     )
    BUA; and DOES 1-100, inclusive,      )
24                                       )
         Defendants.                     )
25  _____  )

26  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

27       Plaintiffs DANAE KELLEY, ADRIAN CASTILLO, CHRISTOPHER CLEMENTS, SARAH

28  CLEMENTS, TAYLOR CLEMENTS, SCOTT EVERETT, NICOLETTE KARLEEN, ANGEL

MARTINEZ, and ANDY WIRTH ("Plaintiffs"), by and through their attorney of record, hereby file the following Response in Opposition to Defendants' Motion to Dismiss Plaintiffs' Seventh, Eight, Ninth, Tenth, Eleventh, and Thirteenth Causes of Action. Plaintiffs agree to dismiss Plaintiff "Devon", last name unknown (*see* Section III below), making Defendants' motion moot with respect to this issue.

## I.

## FACTUAL AND PROCEDURAL HISTORY

### A.    Facts Alleged in Plaintiffs' Complaint

This case arises out of Defendants' unlawful actions against Plaintiffs, which include unreasonable search and seizure, wrongful arrest and/or detention, and wrongful imprisonment of Plaintiffs. *See* Plaintiffs' Complaint ("Complaint)), ¶¶ 12, 16. On August 18, 2007, all Plaintiffs were involved in a protest near the residence of Earnest Rady. Plaintiffs held the protest in the hopes of persuading Mr. Rady to divest from Huntington Life Sciences, a corporation which harms, tortures, and kills animals in the course of testing commercial products. *Id*, ¶¶ 10, 11.

After Plaintiffs left the protest area in their vehicles, Defendants stopped the cars in which Plaintiffs were traveling. Defendants arrested Plaintiff Kelley and held her in jail for forty-eight (48) to seventy-two (72) hours. Defendant Kelley was then released and <u>no</u> charges were filed against her. Defendants detained the remaining Plaintiffs for one to two hours. Defendants ordered these Plaintiffs out of their cars, took pictures of them, removed property from their vehicles, and searched their vehicles without a warrant, probable cause or valid consent. Defendants also handcuffed certain Plaintiffs and placed them in the back of police cars. *Id*, ¶ 12.

### B.    Procedural History

On September 27, 2007, all Plaintiffs, with the exception of Devon, filed timely claims under the California Tort Claims Act against Defendants pursuant to California Government Code §§905 *et seq*. (Copies of Plaintiffs' claims are attached as Exhibit 1.) On November 21, 2007, the CITY propounded letters to PLAINTIFFS informing them that their claims were denied and stating they had six (6) months (until May 21, 2008) to file court action. Plaintiffs filed their complaint in a timely fashion on May 20, 2008.

//

## II.

**PLAINTIFFS' CLAIMS SATISFY THE REQUIREMENTS OF GOV. CODE SEC. 905 *ET SEQ.*, INCLUDING THE REQUIREMENT THAT THE FACTS ALLEGED IN THE CLAIMS CORRESPOND WITH THE FACTS ALLEGED IN THE COMPLAINT**

California Government Code §954.4 requires the timely filing of a claim prior to bringing a tort action against a public entity. Under Government Code §910, the claim must include a general description of the "...injury, damage or loss incurred so far as it may be known at the time of presentation of the claim."

The "factual circumstances set forth in the written claim must correspond with the facts alleged in the complaint...." *Fall River Joint Unified School District v. The Superior Court of Shasta* (1988) 206 Cal. App. 3d 431, 434. The purpose of the claim requirements is "to provide the public entity with sufficient information to enable it to adequately investigate claims..." *Stockett v. Assoc. of California Water Agencies* (2004) 34 Cal. 4th 441, 446, quoting *City of San Jose v. Superior Court* (1974) 12 Cal. 3d 447, 455.

While a complaint cannot be based on "an entirely different set of facts" than those alleged in the claim, the claim "...need not contain the detail and specificity required of a pleading, but need only 'fairly describe what [the] entity is alleged to have done.'" *Stockett,* 34 Cal. 4th at 446 (quoting *Shoemaker v. Myers* (1992) 2 Cal. App. 4th 1407, 1426) (emphasis added). Accordingly, "[o]nly where there has been a 'complete shift in allegations, usually involving an effort to premise civil liability on acts or omissions committed at different times or by different persons other than those described in the claim' have courts generally found the complaint barred." *Stockett,* 34 Cal. 4th at 447 (quoting *Blair v. Superior Court* (1990) 218 Cal. App. 3d 221, 226) (emphasis added). Moreover, "[t]he claims statute 'should not be applied to snare the unwary where its purpose has been satisfied.'" *Id* (quoting *Elias v. San Bernadino County Flood Control Dist.* (1977) 68 Cal. App. 3d 70, 74) (emphasis added).

As shown below, none of the Plaintiffs made any allegations in the Complaint that are based on "an entirely different set of facts" than those alleged in the Claims. Instead, as required by the case law, Plaintiffs "fairly" described what the entities were alleged to have done. *Stockett,* 34 Cal. 4th at 446 (quoting *Shoemaker,* 2 Cal. App. 4th at 1426). The facts set forth in each of the disputed Plaintiffs' causes of action listed in the Complaint correspond with the facts alleged in their respective written claims filed under the California Tort Claims Act. The same sets of facts found in Plaintiffs' individual claims underlie

//

1    each and every cause of action at issue in this Motion to Dismiss. Plaintiffs will address each cause of

2    action listed in defendant's motion to dismiss below.

3        **A.**    **Seventh Cause of Action (Assault and Battery)**

4        California law governing the filing of claims against public entities only requires that the Claimant

5    provide a "general description" of the injury. CA Gov. Code §910(d). "[A] claim need not contain the

6    detail and specificity required of a pleading . . ." *Stockett*, 34 Cal. 4th at 446. Plaintiffs clearly provided a

7    "general description" of the injury, in this instance: unlawful arrest and/or detention. Thus, Plaintiffs'

8    Seventh Cause of Action (Assault and Battery) is <u>not</u> "based on an entirely different set of facts" as warned

9    against by various courts. *See, inter alia, Stockett*, 34 Cal. 4th at 446. Rather, Plaintiffs' allegation of

10   assault and battery is based on the allegations contained in each Plaintiff's respective claims averring that

11   that Plaintiff was subject to either unlawful arrest or detention.

12       California tort law defines assault and battery as an unprivileged touching; accordingly, Plaintiffs'

13   allegations of unlawful arrest clearly give the public entity "sufficient information" to enable it to

14   adequately investigate the claims. *See Stockett*, 34 Cal. 4th at 446. If a claimant alleges unlawful detention

15   and/or arrest, then the public entity is put on notice that the police officers were likely to have touched the

16   claimants without their consent, thus committing assault and battery. Arrest and or detention are acts, it is

17   safe to assume, that commonly involve touching: including the placing of handcuffs and/or the placing of

18   hands on the arrestees/detainees to guide them to a specific spot where they are made to understand they

19   are not free to go, and any other physical contact initiated by the police yet unconsented to by the Plaintiffs.

20       Defendants make no argument whatsoever regarding their contention that the facts set forth in

21   Plaintiffs' claims do not correspond with the facts alleged in Plaintiffs' Seventh Cause of Action (Assault

22   and Battery). Instead, Defendants simply state that no reading of the claims submitted by Plaintiffs could

23   be construed to fit the disputed causes of action at issue. Clearly, however, this is not the case.

24       **B.**    **Eighth Cause of Action (Negligence *Per Se*)**

25       Plaintiffs have alleged numerous violations of California state law, which give rise to the Eighth

26   Cause of Action (Negligence *Per Se*). Stunningly, although Defendants acknowledge that Plaintiffs stated

27   in their Claims they were unlawfully arrested and/or detained, Defendants contend that Plaintiffs cannot

28   bring a cause of action for negligence per se. Defendants committed negligence per se by committing

1    unlawful acts.  As Plaintiffs stated in their Complaint, arresting and detaining individuals without cause

2    Plaintiffs violates Cal. Penal Code §§836, 841, and other California statutes.

3        Again, Defendants fail to make any arguments whatsoever.  Defendants do not claim that the laws

4    Plaintiffs allege Defendants violated fail to correspond to the facts alleged in the Claims.  Instead,

5    Defendants claim that "nowhere in their claims" did Plaintiffs "assert factual circumstances" of negligence

6    per se.  This is patently false and a waste of the Court's time.  In their claims, each Plaintiff alleged either

7    unlawful arrest or detention, which are the "factual circumstances" that form the basis for negligence per

8    se.  As Plaintiffs clearly stated in their Eighth Cause of Action, Defendants are liable for these unlawful

9    arrests and detentions under Cal. Penal Code §§836, 841, and other California statutes.  Thus, Defendants'

10   motion lacks merit.

11       **C.    Ninth Cause of Action (Negligence)**

12       Plaintiffs alleged in their Claims that Defendant Officers arrested and/or detained them without legal

13   justification and searched their persons and vehicles without valid consent, reasonable suspicion, and/or

14   probable cause.  These facts are the same facts underlying Plaintiffs' Ninth Cause of Action for Negligence.

15   As Plaintiffs stated, Defendants committed negligence by breaching their duties of reasonable care by

16   committing these unlawful arrests, detentions, and searches.

17       **D.    Tenth Cause of Action (Negligent Infliction of Emotional Distress)**

18       Once again, the facts Plaintiffs cited in their Claims (unlawful arrest and detention, unlawful

19   searches, and false imprisonment) are the very same facts underlying the Tenth Cause of Action.  Illegal

20   arrests, detentions, and searches are acts that constitute negligence and cause emotional distress.  Plaintiffs

21   met the requirements of both the statutes and the case law governing claims against public entities.

22       **E.    Eleventh Cause of Action (Intentional Infliction of Emotional Distress)**

23       The facts Plaintiffs cited in their Claims (unlawful arrest and detention, unlawful searches, and false

24   imprisonment) are the very same facts underlying the Eleventh Cause of Action.  Plaintiffs assert that these

25   unlawful actions by Defendants constituted intentional infliction of emotional distress.  Plaintiffs have not

26   asserted a different set of facts in bringing this Cause and have "fairly" described ""what [the] entity is

27   alleged to have done," as required by *Stockett,* 34 Cal. 4th at 446.

28   //

**F.        Thirteenth Cause of Action (Violation of Plaintiffs' Rights Under Cal. Civil Code §52.1)**

Defendants assert that Plaintiffs' Thirteenth Cause of Action should be dismissed because Plaintiffs did not assert any "threats, intimidation or coercion" in their claims. Defendant's Motion to Dismiss, p. 6. Plaintiffs' Thirteenth Cause of Action is based on the allegations contained in Plaintiffs' claims wherein Plaintiffs allege that they have been subjected to unlawful arrests and/or detentions, unlawful searches, and false imprisonment, all of which can reasonably be construed to involve threats, intimidation, and coercion (and thus create private causes of action under Cal. Civil Code §52.1). Defendants do not (and cannot) make any argument that unlawful arrest (or any of the other allegations made in the Claims) does not involve "threats, intimidation or coercion." Thus, Defendants' motion fails.

## III.

## PLAINTIFFS AGREE TO DISMISS PLAINTIFF "DEVON" (LNU)

Plaintiffs agree to dismiss Plaintiff "Devon", last name unknown. "Devon" has not been in contact with undersigned counsel since the inception of this suit, and despite diligent attempts, counsel has been unable to locate him. Accordingly, undersigned counsel is unable to represent him and asks that his case be dismissed without prejudice.

## IV.

## CONCLUSION

For the foregoing reasons, Plaintiffs request that the Court deny Defendants' Motion to Dismiss Plaintiffs' Seventh, Eighth, Ninth, Tenth, Eleventh, and Thirteenth Causes of Action.

Respectfully submitted,

LAW OFFICES OF GERALD SINGLETON, APC


By:     /s/  Gerald Singleton
        GERALD SINGLETON
Attorneys for Plaintiffs DANAE KELLY, et al.

# Exhibit 1

**Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss**

*Kelley, et al, v. City of San Diego, et al.*
**08cv0900-L (WMC)**



2007 SEP 20 PM 3:42

R.M.S.D.



**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received by SK via

TIME STAMP

U.S. Mail                    ☐
Inter-Office Mail            ☐
Over the Counter             ☑                    File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** Danae Kelley
   a. **ADDRESS OF CLAIMANT** c/o Law Offices of Gerald Singleton    1950 5th Ave  Ste 200

   San Diego                                        CA            92101
   (CITY)                                          (STATE)       (ZIP)
   b. **PHONE NO.** Home  n/a                                c. **DATE OF BIRTH** 02/02/84

   Business (619) 239-2196

   d. **SOCIAL SECURITY NO.** 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          e. **DRIVER'S LIC. NO.** D3317415

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:
   see above

3. Occurrence or event from which the claim arises:

   a. DATE: 8/18/07                b. TIME: 8:00 pm          c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully arrested by San Diego police officers, and taken to the Las Colinas detention facility, and later to San Diego Central Jail.  I was held at these facilities for several days.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____
   Officers of the San Diego Police Department were the ones responsible for arresting me.

RM-9 (Rev.4-00)                                      *This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully and unlawfully arrested and held in jail for several days. Additionally, police officers took numerous items from my car, including posters, fliers and a bullhorn.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

Unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
    a. Amount claimed as of this date:          $  1,000,000.00
    b. Estimated amount of any future costs:    $ _____
    c. Total amount claimed:                $  1,000,000.00
    d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
    a.
    b.
    c.
    d

10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIMI (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this __20__ day of __September__ 20_07_ at _San Diego, CA_

_____
**CLAIMANTS SIGNATURE**

*attorney for Davee Kelley*

[Clear Entire Form]

Pleading



COPY

2007 SEP 27 PM 4:45

R.M.S.D.

## CLAIM AGAINST THE CITY OF SAN DIEGO
### (FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received by - via

**TIME STAMP**

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☐

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** ADRIAN CASTILLO
   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave   Suite 200

   San Diego _____ CA _____ 92101
   (CITY)                                                (STATE)      (ZIP)

   b. **PHONE NO.** Home  n/a _____ c. **DATE OF BIRTH** 6/11/88

   Business (619) 239-2196 _____

   d. **SOCIAL SECURITY NO.** _____ e. **DRIVER'S LIC. NO.** D4783675

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:

   see above _____

3. Occurrence or event from which the claim arises:

   a. **DATE:** 8/18/07 _____ b. **TIME:** 8:00 pm _____ c. **PLACE** (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours. The same officers searched my vehicle was unlawfully searched without my consent.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____

   SDPD officers were the ones that wrongfully arrested me and wrongfully searched my car.

RM-9 (Rev.4-00)                                    *This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers, who also searched my car.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:          $ _1,000,000.00_____
   b. Estimated amount of any future costs:    $ _____
   c. Total amount claimed:                    $ _1,000,000.00_____
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d

10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM! (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this __27__ day of __September__ 20_07_ at __San Diego__ _____

                                                        **CLAIMANTS SIGNATURE**

Clear Entire Form



COPY

2007 SEP 20 PM 1 15

R.M.S.D.



**CLAIM AGAINST THE CITY OF SAN DIEGO**

(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received by - via

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☐

TIME STAMP

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** SARAH CLEMENTS
   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave  Suite 200

   San Diego                                              CA          92101
   (CITY)                                            (STATE)      (ZIP)

   b. PHONE NO. Home n/a _____ c. **DATE OF BIRTH** 2/15/91

   Business (619) 239-2196

   d. **SOCIAL SECURITY NO.** _____ e. **DRIVER'S LIC. NO.** E1118034

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:

   see above

3. Occurrence or event from which the claim arises:

   a. DATE: 8/18/07 _____ b. TIME: 8:00 pm _____ c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.

   e. State how or in what manner the City of San Diego or its employees were at fault:

   SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)

*This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:                                    $ 1,000,000.00 _____
   b. Estimated amount of any future costs:                             $ _____
   c. Total amount claimed:                                             $ 1,000,000.00 _____
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d

10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM! (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 27 day of Sept 2007 at San Diego _____

_____
**CLAIMANTS SIGNATURE**

Clear Entire Form

Pleading





2007 SEP 27 PM 4: 15

R.M.S.D.

**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received by - via

| | |
|---|---|
| U.S. Mail | ❑ |
| Inter-Office Mail | ❑ |
| Over the Counter | ❑ |

**TIME STAMP**

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** TAYLOR CLEMENTS
   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave   Suite 200

   San Diego                                                  CA        92101
   (CITY)                                                    (STATE)    (ZIP)

   b. PHONE NO. Home n/a _____ c. **DATE OF BIRTH** 7/8/93

   Business (619) 239-2196

   d. **SOCIAL SECURITY NO.** _____ e. **DRIVER'S LIC. NO.** n/a

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:

   see above

3. Occurrence or event from which the claim arises:

   a. DATE: 8/18/07          b. TIME: 8:00 pm          c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____

   SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)                              *This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8.  Damages claimed:
    a. Amount claimed as of this date:                              $ 1,000,000.00
    b. Estimated amount of any future costs:                        $ _____
    c. Total amount claimed:                                        $ 1,000,000.00
    d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
    a.
    b.
    c.
    d
10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIMI (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 27 day of Sept _____ 2007 at San Diego _____

_____
CLAIMANTS SIGNATURE

Clear Entire Form





2007 SEP 27 PM 4:15

R.M.S.D.

## CLAIM AGAINST THE CITY OF SAN DIEGO
### (FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received by - via

**TIME STAMP**

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☐

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** SCOTT EVERETT
   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Avenue   Suite 200

   San Diego _____ CA _____ 92101
   (CITY)                                (STATE)  (ZIP)

   b. PHONE NO. Home n/a _____ c. **DATE OF BIRTH**_____

   Business (619) 239-2196 _____

   d. **SOCIAL SECURITY NO.**_____ e. **DRIVER'S LIC. NO.**_____

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:

   _____

3. Occurrence or event from which the claim arises:

   a. DATE: 8/18/07 _____ b. TIME: 8:15pm _____ c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully arrested by San Diego police officers and held against my will for over two hours.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____

   Officers from the San Diego Police Department were responsible for arresting me.

RM-9 (Rev.4-00)

*This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by San Diego police officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

Unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:                          $  1,000,000.00
   b. Estimated amount of any future costs:                    $
   c. Total amount claimed:                                    $  $1,000,000.00
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d

10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM! (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 27 day of Sept      20 07 at San Diego _____

_____
CLAIMANT'S SIGNATURE

Clear Entire Form





**CLAIM AGAINST THE CITY OF SAN DIEGO**

(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

2007 SEP 27  PM 4:17

R.M.S.D.

Received by - via

**TIME STAMP**

U.S. Mail ☐
Inter-Office Mail ☐
Over the Counter ☐

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1.  **NAME OF CLAIMANT:** NICOLETTE KARLEEN
    a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave   Suite 200

    San Diego                                                     CA          92101
    (CITY)                                                     (STATE)      (ZIP)

    b. **PHONE NO.** Home n/a                                 c. **DATE OF BIRTH** 1/14/86

    Business (619) 239-2196

    d. **SOCIAL SECURITY NO.**_____ e. **DRIVER'S LIC. NO.** D5614150

2.  Name, telephone and post office address to which claimant desires notices to be sent if other than above:

    see above

3.  Occurrence or event from which the claim arises:

    a. DATE: 8/18/07                 b. TIME: 8:00 pm                 c. PLACE (exact and specific location):

    Prestwick Drive at Inverness Drive, La Jolla, CA 92037

    d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

    I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.

    e. State how or in what manner the City of San Diego or its employees were at fault: _____
    SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)

*This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:      $  1,000,000.00
   b. Estimated amount of any future costs:  $
   c. Total amount claimed:           $  1,000,000.00
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d

10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIMl (Penal Code § 72; Insurance Code § 556.1)**
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 27 day of Sept 2007 at San Diego

_____
CLAIMANTS SIGNATURE

Clear Entire Form



2007 SEP 27  PM 4:18

**CLAIM AGAINST THE CITY OF SAN DIEGO**  R.M.S.D.
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received by - via

TIME STAMP

U.S. Mail                ☐
Inter-Office Mail   ☐
Over the Counter   ☐

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*
TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** ANGEL MARTINEZ
   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave   Suite 200
   
   San Diego                                                             CA          92101
   (CITY)                                                          (STATE)      (ZIP)
   b. PHONE NO. Home  n/a
                        Business  (619) 239-2196              c. **DATE OF BIRTH** 6/18/90

   d. **SOCIAL SECURITY NO.** _____     e. **DRIVER'S LIC. NO.** n/a

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:
   see above

3. Occurrence or event from which the claim arises:
   a. DATE: 8/18/07          b. TIME: 8:00 pm          c. PLACE (exact and specific location):
   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):
   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____
   SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)

*This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:          $ 1,000,000.00
   b. Estimated amount of any future costs:    $ _____
   c. Total amount claimed:                    $ 1,000,000.00
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d
10. Any additional information that might be helpful in considering claim:

WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM! (Penal Code § 72; Insurance Code § 556.1)
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 27 day of Sept 20 07 at San Diego _____

_____
CLAIMANTS SIGNATURE

Clear Entire Form





**COPY**

2007 SEP 27 PM 4: 16

**CLAIM AGAINST THE CITY OF SAN DIEGO**  R.M.S.D.
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

Received by - via

|  |  | TIME STAMP |
| --- | --- | --- |
| U.S. Mail | ☐ | |
| Inter-Office Mail | ☐ | |
| Over the Counter | ☐ | File No._____ |

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** ANDY WIRTH

   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave   Suite 200

   San Diego                                                    CA          92101
   (CITY)                                                    (STATE)      (ZIP)

   b. **PHONE NO.** Home n/a                              c. **DATE OF BIRTH** 11/8/89

   Business (619) 239-2196

   d. **SOCIAL SECURITY NO.** _____   e. **DRIVER'S LIC. NO.** n/a

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:

   see above

3. Occurrence or event from which the claim arises:

   a. DATE: 8/18/07               b. TIME: 8:00 pm          c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.

   e. State how or in what manner the City of San Diego or its employees were at fault: _____

   SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)                                      *This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:                          $ 1,000,000.00 _____
   b. Estimated amount of any future costs:                    $ _____
   c. Total amount claimed:                                    $ 1,000,000.00 _____
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d
10. Any additional information that might be helpful in considering claim:

**WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM!** (Penal Code § 72; Insurance Code § 556.1)
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.
Signed this _27_ day of _Sept_ ____ 20_07_ at _San Diego_ _____

_____
CLAIMANTS SIGNATURE

Clear Entire Form



**CLAIM AGAINST THE CITY OF SAN DIEGO**
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)



2007 SEP 27  PM

R.M.S.D.

Received by - via

**TIME STAMP**

| | |
|---|---|
| U.S. Mail | ☐ |
| Inter-Office Mail | ☐ |
| Over the Counter | ☐ |

File No._____

A claim must be presented to the **Risk Management Department** of the City of San Diego not later than six (6) months after the date of the incident or event. Where space is insufficient, please use additional paper and identify information by paragraph number. Completed claims must be presented to: *City of San Diego, Risk Management Dept., 1200 Third Ave., Suite 1000, San Diego, CA 92101.*

TO THE HONORABLE MAYOR AND CITY COUNCIL, The City of San Diego, California

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

1. **NAME OF CLAIMANT:** CHRISTOPHER CLEMENTS
   a. **ADDRESS OF CLAIMANT** c/o Jerry Singleton  1950 Fifth Ave  Suite 200

   San Diego _____ CA _____ 92101
   (CITY)                          (STATE)  (ZIP)

   b. PHONE NO. Home n/a _____ c. **DATE OF BIRTH** 10/22/89

   Business (619) 239-2196

   d. **SOCIAL SECURITY NO.** _____ e. **DRIVER'S LIC. NO.** n/a

2. Name, telephone and post office address to which claimant desires notices to be sent if other than above:

   see above

3. Occurrence or event from which the claim arises:

   a. DATE: 8/18/07 _____ b. TIME: 8:00 pm _____ c. PLACE (exact and specific location):

   Prestwick Drive at Inverness Drive, La Jolla, CA 92037

   d. Specify the circumstances of the occurrence, event, act or omission which you claim caused the injury, damage or loss. (use additional paper if necessary):

   I was wrongfully and unlawfully detained by officers of the San Diego Police Department and held against my will for over two hours.

   e. State how or in what manner the City of San Diego or its employees were at fault:

   SDPD officers were the ones that wrongfully arrested me.

RM-9 (Rev.4-00)

*This information is available in alternative formats upon request*

Clear Entire Form

4. Give a description of the injury, property damage or loss incurred so far as is known at the time of this claim. If there were no injuries, state "no injuries". (If your claim involves a vehicle, include license, year, make and model.)

I was wrongfully arrested by SDPD officers.

5. Give the name(s) of the City employee(s) causing the injury, damage or loss, if known:

unknown

6. Name and address of any other person injured: _____

7. Name and address *of* the owner of any damaged property: _____

8. Damages claimed:
   a. Amount claimed as of this date:          $ 1,000,000.00
   b. Estimated amount of any future costs:    $ _____
   c. Total amount claimed:                    $ 1,000,000.00
   d. Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc.):

9. Names and addresses of all witnesses, hospitals, doctors, etc.
   a.
   b.
   c.
   d

10. Any additional information that might be helpful in considering claim:

WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIMI (Penal Code § 72; Insurance Code § 556.1)
I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 27 day of Sept _____ 20 07 at San Diego _____

_____
CLAIMANTS SIGNATURE

Clear Entire Form

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of eighteen and not a party to the within action; my business address is 1950 Fifth Avenue, Suite 200, San Diego, California 92101. On **August 18, 2008**, I served the following documents:

**Plaintiffs Response in Opposition to Defendants' Motion to Dismiss**

on Defendants, by and through their counsel of record:

Jane M. Boardman, Esq.
Deputy City Attorney
Office of the San Diego City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92101-4100

jboardman@sandiego.gov

___    faxing said notice to the office of defense counsel;

___    by placing _____ the original _X_ a true copy thereof enclosed in sealed envelope(s);

_X_    by electronic mail.

I caused such envelope with postage thereon fully paid to be placed in the United States mail at San Diego, California. I am "readily familiar" with the my firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing affidavit.

Executed in San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.


Dated:  August 18, 2008            /s/  Gerald Singleton___
                                   Gerald Singleton, Esq.