# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANAE KELLEY; *et al.*, | Civil No. 08cv900 L (WMc) |
| Plaintiffs, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| CITY OF SAN DIEGO, *et al.*, | |
| Defendants. | |

Defendants' motion to dismiss [doc. #3] is set for hearing on September 2, 2008. The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

**IT IS SO ORDERED.**

DATED: August 26, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28